UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Hon. Hugh W. Brenneman
                                                 Case No: 1:09-MJ-44
JOSHUA J. GRAHAM,                   Violation No. F4145621

    Defendant.      /

## AMENDED ORDER TO AMEND THE JUDGMENT
## TO EXTEND THE DEADLINE FOR PAYMENT OF FINE TO FEBRUARY 28, 2010

IT IS HEREBY ORDERED that for good cause shown, that the Judgment is amended to reflect that the fine of $1240.00 will be due as paid in full on February 28, 2010.

Dated: November 20, 2009                           /s/ Hugh W. Brenneman, Jr.
                                                                          HUGH W. BRENNEMAN, JR.
                                                                          United States Magistrate Judge